IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| CHRISTINA FORSTER, )<br>)<br>)<br>   Plaintiff, )<br>) No.<br>v. )<br>)<br>GERALD M. MEYER, )<br>) Jury Trial Demanded<br>)<br>   Defendant. ) | |

## NOTICE OF REMOVAL

COMES NOW Defendant Gerald M. Meyer, defendant in the above-entitled action, and hereby represents to the Court as follows:

1. On or about March 13, 2017, Plaintiff in the above-captioned action instituted a civil action against Removal Petitioner, Gerald M. Meyer, in the 45th Judicial Circuit, Circuit Court of Pike County, Missouri. The action is styled *Christina Forster v. Gerald M. Meyer*, no. 17PI-CC00019.

2. Plaintiff Christina Forster filed a Petition with the Circuit Court of Pike County County and requested the issuance of a summons, which are attached hereto as "Exhibit 1" (state court file) and by this reference incorporated herein. Plaintiff alleges that a motorcycle accident occurred, and that as a result of Defendant's negligence, her injuries "are painful and chronic in nature" and that "Plaintiff required surgery with respect to her fractured jaw has incurred reasonable and necessary medical expenses of approximately $86,100." (State Court Petition, ¶¶ 6, 7).

3. On or about April 24, 2017, Defendant was served with a summons issued by the

Clerk of the Circuit Court of Pike County.

4. At the time of the institution of this action in the Circuit Court of Pike County, Missouri, Plaintiff Christina Forster was a resident and citizen of the State of Missouri.

5. At the time of the institution of this action in the Circuit Court of Pike County, Defendant Gerald M. Meyer was a resident and citizen of the State of Illinois. (State Court Petition, ¶ 2).

6. As more fully appears from the Petition, this action is one in which the Plaintiff seeks to recover judgment against Defendant for damages and losses which Plaintiff claims and alleges resulted from the negligence of Defendant in a sum in excess of $75,000, exclusive of interest and the costs of the action. Plaintiff claims she has incurred medical expenses in the approximate amount of $86,100 and that her injuries, which required surgery, are "painful and chronic." (State Court Petition, ¶¶ 6, 7).

7. This action is between citizens of different states of the United States; this action and the claims and causes of actions sued upon therein are civil in nature over which the District Court of the United States for the Eastern District of Missouri possesses and has concurrent jurisdiction with the Circuit Courts of Missouri by virtue of the provisions of the Constitution of the United States of America and the acts of Congress of the United States of America.

8. This Petition is filed within 30 days upon which the Summons was served upon the Defendant, and within 30 days after first due, proper legal service of process was attempted to be made upon the Defendant and said action was also filed within the time allowed Petitioner under applicable provisions of 28 U.S.C. § 1446, in which to file this notice for the removal of said action from the Circuit Court of Pike County, Missouri to this United States District Court.

9. A copy of the State Court Petition, Summons, and other documents which are

attached hereto as "Exhibit 1," constitutes a true and correct copy of all process, pleadings and orders now on file in the Circuit Court of Pike County.

13. This court has original jurisdiction under 28 U.S.C Section 1332 and said cause is removable to this Court by virtue of 28 U.S.C. Section 1441.

WHEREFORE, removal Petitioner Gerald M. Meyer prays that his Petition for Removal be granted, and that the action be removed in its entirety from the Circuit Court of Pike County, Missouri to the United States District Court for the Eastern District of Missouri, as provided by law.

**JURY TRIAL DEMANDED**

**BUTSCH ROBERTS & ASSOCIATES LLC**

By: /s/ David T. Butsch
David T. Butsch #37539MO
Christopher E. Roberts #61895MO
231 South Bemiston Ave., Suite 260
Clayton, MO 63105
(314) 863-5700 (telephone)
(314) 863-5711 (fax)
Butsch@ButschRoberts.com
Roberts@ButschRoberts.com

Attorneys for Removal Petitioner/Defendant
Gerald M. Meyer

3

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that a copy of the foregoing was served by first-class U.S. mail, postage prepaid, to: Gary A. Growe, Growe Eisen Karlen, 7733 Forsyth, Suite 325, Clayton, MO 63105 this 5th day of April, 2017.

                                                    /s/ David T. Butsch